

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2023

No. 04-23-00125-CV

**IN RE** Philip M. **ROSS**

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
          Liza A. Rodriguez, Justice
          Lori I. Valenzuela, Justice

On February 14, 2023, relator filed a petition for writ of mandamus containing a request for stay. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's request for stay is **DENIED** as moot.[2]

It is so **ORDERED** on February 17, 2023.

**PER CURIAM**

ATTESTED TO: _____
               MICHAEL A. CRUZ,
               CLERK OF COURT



---

[1] This proceeding arises out of Cause No. 2020-CI-05671, styled *Commission for Lawyer Discipline v. Philip Martin Ross*, pending in the 224th Judicial District Court, Bexar County, Texas, the Stacey L. Mathews presiding.
[2] Opinion to follow.